CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 2 6 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Civil Action No. 7:12-CR-00007 |
| v. | ) | |
| | ) | |
| ANTHONY MOLETTE CHARLES | ) | By: Hon. Michael F. Urbanski |
| Petitioner. | ) | Chief United States District Judge |
| | ) | |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is **ORDERED** that

the government's motion to dismiss (ECF No. 92) is **GRANTED**; Charles' motion to

vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255 (ECF No. 87) is

**DISMISSED**; a certificate of appealability is **DENIED**; and this action is **STRICKEN**

from the active docket of this court.

The Clerk is **DIRECTED** to send copies of this Order and the accompanying

Memorandum Opinion to the parties.

ENTER: This 22nd day of December, 2017.

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge